BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6831
    Fax: (415) 436-7234
    Email: Laura.Vartain@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-15-00233 MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND EXCLUDE TIME FROM SEPTEMBER 23, 2015 TO SEPTEMBER 30, 2015 |
| v. ) | |
| FRANKLIN LEE, ) | |
| Defendant. ) | |

    The defendant, Franklin Lee, represented by Gabriel Quinnan, Esquire, and the government, represented by Assistant United States Attorney Laura Vartain Horn, are currently scheduled to appear before the court on September 23, 2015 for a change of plea hearing. Attorneys for the parties were notified that the Honorable Maxine M. Chesney will not be available on that date. As such, attorneys for the parties have conferred and hereby agree to continue the change of plea hearing to September 30, 2015 at 2:15 p.m.

    Further, the parties request an exclusion of time under the Speedy Trial Act September 23, 2015, and September 30, 2015 for effective preparation of counsel. Mr. Quinnan represented to the Court on September 2, 2015, that he has not yet had an expert review the evidence in the case, and that he may do so. This review has not yet happened. Therefore, the parties agree that time should be excluded under

the Speedy Trial Act between September 23, 2015 and September 30, 2015 for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED:  September 14, 2015                    BRIAN J. STRETCH
                                              Acting United States Attorney

                                              _____/s/_____
                                              LAURA VARTAIN HORN
                                              Assistant United States Attorney

DATED:  September 14, 2015
                                              _____/s/_____
                                              GABRIEL QUINNAN
                                              Attorney for the Defendant

## [PROPOSED] ORDER

Upon the stipulation of the parties, representation of counsel, and good cause shown, IT IS HEREBY ORDERED that:

1.  The change of plea hearing currently scheduled for September 23, 2015 shall be continued to September 30, 2015.

2.  Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 23, 2015 and September 30, 2015, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between September 23, 2015 and September 30, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:  September __15__, 2015                _____
                                              HONORABLE MAXINE M. CHESNEY
                                              United States District Court Judge