UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 15-0233 MMC |
| Plaintiff, | ) |
| | ) [PROPOSED] **PRELIMINARY ORDER OF** |
| v. | ) **FORFEITURE** |
| | ) |
| FRANKLIN LEE, | ) |
| Defendant. | ) |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on September 30, 2015, wherein the defendant admitted to the forfeiture allegation, after which the defendant was sentenced on December 16, 2015,[1] and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. Red Nikon Coolpix camera (serial number 33351143);

b. (9) thumb drives (no serial);

c. Verizon Samsung mobile phone (serial number SKU SCHU365HAV);

d. iPhone 16GB (serial number 5K83006JY7K);

e. Verizon Samsung Cellphone (serial number SCHU660NV);
f. HTC AT&T Cellphone (serial number HT07JR000933);

g. Lexar 16gGB micro SD memory Card (no serial);

h. 587 Optical disks (no serial numbers);

---

[1] As part of the defendant's sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment, entered on December 18, 2015.

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 15-0233 MMC                                                    1

  i. Sony handycam camcorder (serial number K141931U);

  j. (3) 8mm video tapes (no serial numbers);

  k. Lexar 16MB Compact Flash (no serial number);

  l. Dell Storage Media Device (Service Tag number 3G6FT51);

  m. (2) Black media storage devices (no serial numbers);

  n. Tamron 19-35mm SLR camera lens (serial number 204542);

  o. ProMaster 28-200mm SLR camera lens (serial number 001365); and

  p. Tamron 28-80mm SLR camera lens (serial number 132054),

pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3).

  IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

  IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

  IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

  IT IS SO ORDERED this __3rd__ day of __February__ 2016.

                _/s/ Maxine M. Chesney_
                MAXINE M. CHESNEY
                United States District Judge