UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0233 MMC |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| FRANKLIN LEE, | |
| Defendant. | |

On February 3, 2016, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a.  Red Nikon Coolpix camera (serial number 33351143);

    b.  (9) thumb drives (no serial);

    c.  Verizon Samsung mobile phone (serial number SKU SCHU365HAV);

    d.  iPhone 16GB (serial number 5K83006JY7K);

    e.  Verizon Samsung Cellphone (serial number SCHU660NV);

    f.  HTC AT&T Cellphone (serial number HT07JR000933);

g. Lexar 16gGB micro SD memory Card (no serial);

h. 587 Optical disks (no serial numbers);

i. Sony handycam camcorder (serial number K141931U);

j. (3) 8mm video tapes (no serial numbers);

k. Lexar 16MB Compact Flash (no serial number);

l. Dell Storage Media Device (Service Tag number 3G6FT51);

m. (2) Black media storage devices (no serial numbers);

n. Tamron 19-35mm SLR camera lens (serial number 204542);

o. ProMaster 28-200mm SLR camera lens (serial number 001365); and

p. Tamron 28-80mm SLR camera lens (serial number 132054),

pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: April 13, 2016

_____
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 15-0233 MMC                                2