1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7181
7       FAX: (415) 436-6570
        Julie.Reagin@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,              ) CASE NO. CR 15-00233 MMC
                                          )
15       Plaintiff,                       ) [PROPOSED]
                                          ) ORDER GRANTING APPLICATION FOR WRITS
16    v.                                  ) OF CONTINUING GARNISHMENT
                                          )
17 FRANKLIN LEE,                          )
                                          )
18       Defendant,                       )
                                          )
19 _____ )
                                          )
20 RAYMOND AND JAMES FINANCIAL            )
   SERVICES, INC. and VOYA LIFE           )
21 INSURANCE AND ANNUITY COMPANY          )
   and OPPENHEIMER FUNDS SERVICES,        )
22                                        )
         Garnishees.                      )
23 _____ )

24       Upon consideration of the United States' Application for Writs of Continuing Garnishment and

25 for good cause shown,

26       IT IS HEREBY ORDERED that the United States' Application for Writs of Continuing

27 Garnishment is granted.

28       IT IS FURTHER ORDERED that the Clerk of the Court shall issue Writs of Continuing

ORDER GRANTING APPLICATION FOR WRITS OF CONTINUING GARNISHMENT
CR 15-00233 MMC                              1

Garnishment to Raymond James & Financial Services, Inc., VOYA Life Insurance & Annuity Company and Oppenheimer Funds Services, as Garnishees, for the purpose of garnishing defendant Franklin Lee's property (including nonexempt disposable earnings) in which defendant Franklin Lee has a substantial nonexempt interest, in order to satisfy the judgment entered against him in the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of the Court is hereby DIRECTED to issue the proposed "Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant" (Dkt. No. 34), and the United States is hereby ORDERED to serve defendant and the garnishees with (1) the writs of garnishment, (2) the "Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant," and (3) the instructions to the garnishees (Dkt. Nos. 35, 36, and 37). See 28 U.S.C. § 3205(c)(3).

Dated: June 24, 2016

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE