BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6570
    FAX: (415) 436-7181

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN LEE, <br><br> Defendant, <br><br>——————————————— <br><br> RAYMOND JAMES & FINANCIAL SERVICES, INC., <br><br> Garnishee. | CASE NO. CR 15-00233 MMC <br><br> WRIT OF CONTINUING GARNISHMENT |

TO:    Raymond James & Financial Services
        As custodian for the
        Franklin Lee IRA
        880 Carillon Parkway
        St. Petersburg, FL 33716

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

> Franklin Lee
> CDCR# AV1672
> San Quentin State Prison
> San Quentin, CA 94964
> Social Security Number (last four digits):  XXX-XX-4485

This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $36,200.00.  As of May 20, 2016, the total balance due on the judgment debt, including accrued interest, was $36,289.59.  The following are the steps that you must take to comply with this Writ.  If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property.  Such property would include, but not be limited to, the Individual Retirement Account in the name of Franklin Lee.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you.  You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

   a. Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

   b. a description of such property and the value of such property;

   c. a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

1           d.      the amount of the debt you anticipate owing to the defendant in the future and
2                   whether the period for payment will be weekly or another specified period.
3  For your convenience, a form which addresses the above-requested information is attached and may be
4  used to answer the Writ.
5       3.      After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and
6  (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original
7  answer bearing the original signature of the person preparing the answer to the Court at the following
8  address:
9           Clerk, United States District Court
            450 Golden Gate Ave., Box 36060
10          San Francisco, CA 94102.
11      At the same time you mail or deliver the original answer to the Court, you must also mail or
12 deliver a copy of the original answer to both the defendant and attorney for the United States at the
13 following respective addresses:
14          Franklin Lee
            CDCR #AV1672
15          San Quentin State Prison
            San Quentin, CA 94964
16
17          Julie C. Reagin, Assistant U.S. Attorney
            United States Attorney's Office
18          450 Golden Gate Avenue, 9th Floor
            P.O. Box 36055
19          San Francisco, CA 94102.
20 Please note that the attached form answer contains a certificate of service which needs to be completed
21 by the person mailing the copies of the answer to the defendant and the attorney for the United States,
22 and which needs to be filed with the Court along with the answer.
23      **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN**
24 **ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT**
25 **FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE**
26 **WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE**
27 **THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO**
28

WRIT OF CONTINUING GARNISHMENT
CR 15-00233 MMC                                    3

**SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.**

SUSAN Y. SOONG,
Clerk of the United States
District Court for the Northern
District of California

Dated: ___9 18 13 8_____    By: _____/s/ D. Killenbarger_____
                                       Deputy Clerk