1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4   JULIE C. REAGIN (CABN 167934)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6570
7      FAX: (415) 436-7181

8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  UNITED STATES,                    )   CASE NO. CR 15-00233 MMC
                                      )
15        Plaintiff,                  )
                                      )
16     v.                             )
                                      )   WRIT OF CONTINUING GARNISHMENT
17  FRANKLIN LEE,                     )
                                      )
18        Defendant,                  )
                                      )
19  _____ )
                                      )
20  OPPENHEIMER FUNDS SERVICES,       )
                                      )
21        Garnishee.                  )
                                      )
22  _____ )

23  TO:    Oppenheimer Funds Services
           As custodian for the
24         Franklin Lee IRA
           12100 East ILIFF Avenue, Suite 300
25         Aurora, CO 80014

26      **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE**

27  **UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE**

28  **DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

WRIT OF CONTINUING GARNISHMENT
CR 15-00233 MMC                                    1

1    The name, last known address, and last four digits of the social security number of the person

2    who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this

3    Writ are as follows:

4
     Franklin Lee
     CDCR# AV1672
5    San Quentin State Prison
     San Quentin, CA 94964
6    Social Security Number (last four digits):  XXX-XX-4485

7
     This Writ has been issued at the request of the United States of America to enforce the collection

8    of a criminal judgment entered in favor of the United States against the defendant for a debt in the

9    original amount of $36,200.00.  As of May 20, 2016, the total balance due on the judgment debt,

10   including accrued interest, was $36,289.59.  The following are the steps that you must take to comply

11   with this Writ.  If you have any questions, you should consult with your attorney.

12   1.    Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession

13   any property of the defendant in which the defendant has a substantial nonexempt interest, or if you

14   obtain custody, control, or possession of such property while this Writ is in effect, you must

15   immediately withhold such property from the defendant and retain it in your possession until you

16   receive instructions from the Court which will tell you what to do with the property.  Such property

17   would include, but not be limited to, the Individual Retirement Account in the name of Franklin Lee.

18   2.    Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10

19   days after service of this Writ upon you.  You must answer the Writ even if you do not have in your

20   custody, control, or possession, any property of the defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your

21   answer must state, under oath, the following information:

22   a.    Whether or not you have in your custody, control, or possession, any property

23   owned by the defendant in which the defendant has a substantial nonexempt

24   interest, including nonexempt disposable earnings;

25   b.    a description of such property and the value of such property;

26   c.    a description of any previous garnishments to which such property is subject and

27   the extent to which any remaining property is not exempt; and

28

WRIT OF CONTINUING GARNISHMENT
CR 15-00233 MMC                                    2

1            d.     the amount of the debt you anticipate owing to the defendant in the future and

2                   whether the period for payment will be weekly or another specified period.

3    For your convenience, a form which addresses the above-requested information is attached and may be

4    used to answer the Writ.

5            3.     After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and

6    (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original

7    answer bearing the original signature of the person preparing the answer to the Court at the following

8    address:

9            Clerk, United States District Court
          450 Golden Gate Ave., Box 36060

10           San Francisco, CA 94102.

11       At the same time you mail or deliver the original answer to the Court, you must also mail or

12   deliver a copy of the original answer to both the defendant and attorney for the United States at the

13   following respective addresses:

14           Franklin Lee
          CDCR #AV1672

15           San Quentin State Prison
          San Quentin, CA 94964

16

17           Julie C. Reagin, Assistant U.S. Attorney
          United States Attorney's Office

18           450 Golden Gate Avenue, 9th Floor
          P.O. Box 36055

19           San Francisco, CA 94102.

20

21   Please note that the attached form answer contains a certificate of service which needs to be completed

22   by the person mailing the copies of the answer to the defendant and the attorney for the United States,

23   and which needs to be filed with the Court along with the answer.

24       **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN**

25   **ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT**

26   **FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE**

27   **WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE**

28   **THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO**

WRIT OF CONTINUING GARNISHMENT
CR 15-00233 MMC                                3

1   **SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT**

2   **WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S**

3   **NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE**

4   **EARNINGS).  THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO**

5   **THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN**

6   **THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION**

7   **REQUIRING YOU TO APPEAR.**

8                                              SUSAN Y. SOONG,
                                               Clerk of the United States
9                                              District Court for the Northern
                                               District of California
10

11

12   Dated: __9 18 138_____        By: _____
                                               Deputy Clerk
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WRIT OF CONTINUING GARNISHMENT
CR 15-00233 MMC                                4