BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    Fax: (415) 436-6570
    Email:  Julie.Reagin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANKLIN LEE,<br><br>    Defendant, | CASE NO. CR 15-00233 MMC<br><br>[PROPOSED] DISPOSITION ORDER<br>(WRIT OF CONTINUING GARNISHMENT) |
| RAYMOND JAMES AND FINANCIAL SERVICES, INC. and VOYA LIFE INSURANCE AND ANNUITY COMPANY and OPPENHEIMER FUNDS SERVICES,<br><br>    Garnishees. | |

    The United States has filed its Application for Disposition Order (Writ of Continuing Garnishment).

    The Court finds that:

    1.    Judgment debtor and defendant Franklin Lee (hereinafter "Defendant") is indebted to plaintiff United States of America for restitution in the original amount of $36,200.00 (consisting of

[PROPOSED] DISPOSITION ORDER
CASE NO. CR 15-00233 MMC        1

1  $36,200.00 in restitution and a $200.00 special assessment) in the above-captioned case. As of August

2  19, 2016, the total balance due on the judgment debt was $36,348.66. Interest accrues at the rate of

3  .66%.

4      2.    The Clerk of Court issued ~~its~~ Writs of Continuing Garnishment, directed to Garnishees Raymond

5  James and Financial Services, Inc., VOYA Life Insurance and Annuity Company and Oppenheimer

6  Funds Services, and the ~~Writ was~~ Writs were served on the Garnishees.

7      3.    The Garnishees filed Answers to the ~~Writ~~ Writs indicating that at the time of the service of the

8  ~~Writ~~ Writs, the Garnishees had in their possession, custody, or control property in which the Defendant has a

9  substantial nonexempt interest.

10      4.    On July 13, 2016, the Defendant was notified of the Defendant's right to a hearing and to

11  object to the Garnishees' Answers. The Defendant having been "serve[d] a copy" of the Garnishees' Answers (see Dkt. Nos. 46, 48, and 49), has neither requested a hearing nor filed an objection

12  to the Garnishees' Answers, and the time to do so has expired. See 28 U.S.C. § 3205(c)(5) (providing,

13  "[w]ithin 20 days after receipt of [Garnishees'] answer[s], the judgment debtor . . . may file a written objection to the answer[s] and request a hearing").

14

15  Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED that the

16  Garnishees pay to Plaintiff, all of the Defendant's interest in the named accounts up to the amount owing

17  on his judgment debt, which is currently $36,348.66.

18  IT IS SO ORDERED.

19

20  Dated: Aug. 24, 2016                                _____

21                                        HON. MAXINE M. CHESNEY
                                      UNITED STATES SENIOR DISTRICT JUDGE

22

23

24

25

26

27

28

~~[PROPOSED]~~ DISPOSITION ORDER
CASE NO. CR 15-00233 MMC            2