1    BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3    SARA WINSLOW (DCBN 457643)
Chief, Civil Division

4    JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney

       450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7181
       FAX: (415) 436-6570
       Julie.Reagin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-00233 MMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO WITHDRAW OR OTHERWISE TERMINATE WRITS OF GARNISHMENT |
| v. | |
| FRANKLIN LEE, | |
| Defendant, | |
| RAYMOND JAMES AND FINANCIAL SERVICES, INC. and VOYA LIFE INSURANCE AND ANNUITY COMPANY and OPPENHEIMER FUNDS SERVICES, | |
| Garnishees. | |

Upon consideration of the United States' Motion to Withdraw Garnishment Proceedings and for good cause shown,

IT IS HEREBY ORDERED that the United States' Motion to Withdraw Garnishment Proceeding is granted.

IT IS FURTHER ORDERED that the Writs of Continuing Garnishment are withdrawn and terminated.

Dated: December 4, 2017

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge